■ CHINATOWN APARTMENTS, INC., Plaintiff, v NEW YORK CITY TRANSIT AUTHORITY et al., Defendants. HORN CONSTRUCTION CO., INC., et al., Plaintiffs, v CHINATOWN APARTMENTS, INC., et al., Defendants, and ROBERT

Rosenwasser, P. C., Appellant. New York City Transit Authority, Third-Party Plaintiff, v Deleuw, Cather and Co. of New York, Inc., Third-Party Defendant-Respondent.—Order, Supreme Court, New York County, entered October 13, 1978, unanimously affirmed, without costs and without disbursements. In affirming, we find no reflection on the integrity of the appellant. Concur—Kupferman, J. P., Birns, Evans, Markewich and Lupiano, JJ.